FILED

04/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0712

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 23-0712

PARROT DITCH CO.,

    Appellant and
    Claimant/Objector,

v.

NORMAN ASHCRAFT JR.;
COURTNAY O. DUCHIN;
CHARLES M. MILLER; PATTY A.
MILLER,

    Appellees and Objectors,

RAFANELLI PARTNERS LLLP,

    Notice of Intent to Appear.

**ORDER GRANTING APPELLEES UNOPPOSED MOTION FOR EXTENSION OF TIME**

## ORDER GRANTING THE UNOPPOSED MOTION BY APPELLEES FOR EXTENSION OF TIME FOR FILING RESPONSE BRIEFS

In consideration of the unopposed motion by Appellees for an extension of time for filing their Response Briefs and good cause appearing therefore,

IT IS ORDERED that the motion is GRANTED. Response Briefs for Appellees shall be filed and served on or before May 20, 2024.

DATED this ___day of _____, 2024.

                For the Court,

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 19 2024